AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**ALHAJI KAMARA**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **OCTOBER 6, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Bank of America, the deposits of which were the insured by the Federal Deposits Insurance Corporation.**

in violation of Title **18** United States Code, Section(s) **2113(a)**.

I further state that I am **DETECTIVE BRAD WAGNER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE BRAD WAGNER**
**ROBBERY TASK FORCE, MPD**

Sworn to before me and subscribed in my presence,

_____ at   **Washington, D.C.**
Date                                  City and State

_____     _____
Name & Title of Judicial Officer        Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Friday, October 6, 2006, at about 5:32 p.m., sworn officers with the Metropolitan Police Department received information that an individual entered the Bank of America located at xxx Xxxxxxxxxxxxx Xxxxxx, X.X., Xxxxxxxxxx, X.X., and passed a bank teller a note stating "I have a gun give me some money or I will kill you". The teller gave the suspect approximately $600.00 in U.S. Currency, and the suspect left the bank. The teller gave officers a description of the suspect and a lookout was given. A short time later, officers stopped the defendant, Alhaji Kamara, who matched the description given by the teller. The defendant was positively identified as the individual who had robbed the bank. Officers placed the defendant under arrest. After arrest, the defendant told officers that he had robbed the Bank of America, and that he had also robbed the PNC Bank located at xxx x$^{th}$ Xxxxxx, X.X., Xxxxxxxxxx, X.X., earlier that same day.

                                      DETECTIVE BRAD WAGNER
                                      ROBBERY TASK FORCE, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF OCTOBER, 2006.

                                      U.S. MAGISTRATE JUDGE