**2006 FDC 022155**     File Date: **10/07/2006**

06-431M

**UNITED STATES Vs. ALHAJI KAMARA**

aka **ALHAJI TAPERU KAMARA**

PDID #:

Lock up number:

FILED

OCT 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO? District
court
10/10/06
NcBond