U.S. Department of Justice
*United States Attorneys*

**FILED**

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.   Case No. 6-431M

ALHAJI T. KAMARA      **ORDER**

Upon oral motion of the _defendant_ to exclude _18 AK_ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that _18 AK_ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

X _/s/ Alhaji Kamara_
Defendant

_/s/ Carlos Nar_
Defense Counsel

_/s/ Angela S. George_
Attorney for Government

_/s/ [signature]_
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY